JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ERIC DWIGHT RICE,<br><br>Petitioner,<br><br>v.<br><br>BUENAVIDES,<br><br>Respondent. | Case No. CV 22-02080-JFW (DFM)<br><br>JUDGMENT |

IT IS ADJUDGED that the Petition is dismissed for lack of jurisdiction and because the Petitioner's claims are not cognizable on federal habeas review.

Date: May 12, 2022

*/s/ John F. Walter*
JOHN F. WALTER
United States District Judge